FILED



*10:48 am, 3/23/23*

**Margaret Botkins**
**Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA

        Plaintiff,

vs.

LORNA ROXANNE GREEN

        Defendant,

Case Number: 23-MJ-17-ABJ

## ORDER OF TEMPORARY DETENTION PENDING HEARING
## PURSUANT TO THE BAIL REFORM ACT

**Location: via Zoom Video**

| | |
|---|---|
| 2120 Capitol Avenue | Date: March 28, 2023 |
| Cheyenne, WY 82001 | Time: 3:00 PM |

IT IS ORDERED: Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: March 23, 2023

Kelly H. Rankin
Chief United States Magistrate Judge