# UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

UNITED STATES OF AMERICA,

Plaintiff,

v.

LORNA ROXANNE GREEN,

Defendant.

**WARRANT FOR ARREST**

Case Number: 23-MJ-17-J

To: The United States Marshal and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest **Lorna Roxanne Green** and bring her forthwith to the nearest district court judge or magistrate to answer a Complaint charging her with Arson of a Facility Engaged in Interstate Commerce in violation of 18 U.S.C. § 844(i).

KELLY H. RANKIN
Name of Issuing Officer

*[signature]*
Signature of Issuing Officer

By Deputy Clerk

Bail fixed at $ Detain

United States Magistrate Judge
Title of Issuing Officer

March 21, 2023, Cheyenne, Wyoming
Date and Location

By: *[signature]*

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at Natrona County, Wyoming

| DATE RECEIVED 3-1-2023 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 3-21-2023 | Robert MacMaster, SDUSM | *[signature]* |

For ATF