# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



FILED

4:24 pm, 3/28/23

**Margaret Botkins**
**Clerk of Court**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | |
| vs. | Case Number: 23-MJ-17-ABJ |
| LORNA ROXANNE GREEN | |
| Defendant. | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1)   The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2)   The defendant shall immediately advise the court, defense counsel and the U.S. Attorney in writing of any change in address and telephone number.

(3)   The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.  The defendant shall be notified of the place and time of next appearance.

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

(4)   The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

(5)   The defendant executes an unsecured bond binding the defendant to pay the United States the sum of Ten Thousand dollars, ($10,000.00) in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

Order Setting Conditions of Release
23-MJ-17-ABJ

## Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED the release of the defendant is subject to the conditions marked below:

(6)   The defendant shall:

report to the U.S. Probation Office as directed;

not violate any local, state, or federal law. She shall report any contact with law enforcement to the Probation Officer within 24 hours of the contact;

reside at East 16th Street, Casper, Wyoming, and shall not move from this residence unless she has received prior permission from the U.S. Probation Officer;

not travel outside Wyoming without prior permission from the Probation Officer;

submit to a search of her person, residence, vehicle, computer, or office based upon reasonable suspicion of a violation of the conditions of release;

have no contact with any codefendants, co-conspirators, or potential witnesses;

allow the U.S. Probation Officer to visit the defendant at any time at her home or elsewhere, and the defendant shall permit the U.S. Probation Officer to take any items prohibited by the conditions of the defendant's pretrial release;

not use, possess, or have access to any firearms, ammunition, or other dangerous weapons. All firearms shall be removed from the residence on East 16th Street;

maintain either full-time employment of at least 30 hours per week, or full-time student status, or a combination of both. She shall provide documentation of her employment to the U.S. Probation Office;

surrender her passport to the U.S. District Court Clerk's Office in Casper, Wyoming, within 24 hours of her release on bond. She shall not apply or reapply for a passport while this case is pending.

## Advice of Penalties and Sanctions

    Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for the defendant's arrest, a revocation of release, an order of detention, as provided in 18 U.S.C. §3148, and a prosecution for contempt as provided in 18 U.S.C. §401, which could result in a possible term of imprisonment or a fine.

    The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not less than two years nor more than ten years if the offense is a felony; or a term of imprisonment of not less than ninety days nor more than one year if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself.

    18 U.S.C. §1503 makes it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to intimidate or attempt to intimidate a witness, juror, or officer of the court; 18 U.S.C. §1510 makes it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to obstruct a criminal investigation; 18 U.S.C. §1512 makes it a criminal offense punishable by up to ten years imprisonment and a $250,000 fine to tamper with a witness, victim, or informant; and 18 U.S.C. §1513 makes it a criminal offense punishable by up to ten years of imprisonment and a $250,000 fine to retaliate against a witness, victim or informant, or threaten or attempt to do so.

    It is a criminal offense under 18 U.S.C. §3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction, for:

(1) an offense punishable by death, life imprisonment for a term of fifteen years or more, the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, the defendant shall be fined not more than $100,000 or imprisoned not more than one year, or both.

    A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted.

## Acknowledgment of Defendant

    I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_Lorna Green_
Signature of Defendant

_Casper, WY 82609_
City/State/Zip

### Direction to the United States Marshal

- The defendant is ORDERED released after processing.

Dated this 28th day of March, 2023.

_Stephanie Hambrick_
Stephanie A. Hambrick
United States District Judge